UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CORA L. BRADFORD** | **CIVIL ACTION NO. 18-1376** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **POLICE JURY OF JACKSON PARISH, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant Jackson Parish Hospital Service District No. 1's ("JPHSD") Rule 12(b)(6) Motion to Dismiss [Doc. No. 13] is **GRANTED IN PART and DENIED IN PART**. The motion is **GRANTED** to the extent that JPHSD moved for dismissal of Plaintiff's claims under 42 U.S.C. §§ 1981 and 1983, for Title VII gender discrimination, and for punitive/exemplary damages, and those claims are **DISMISSED WITH PREJUDICE**. JPHSD's motion to dismiss otherwise is **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant Inquiseek, L.L.C.'s Rule 12(b)(6) Motion to Dismiss [Doc. No. 14] is **GRANTED**, and Plaintiff's claims for tortious interference with contract, intentional infliction of emotional

distress, and for punitive/exemplary damages are **DISMISSED WITH PREJUDICE**.

Monroe, Louisiana, this 2nd day of May, 2019.

_____
Terry A. Doughty
United States District Judge